IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

BRIAN K. JOHNSON,

        Petitioner,

v.                                                                                  Case No.  5D17-2328

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed September 18, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Brian K. Johnson, Malone, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 27, 2017, order denying Petitioner's pro se motion for post-conviction relief, filed in Case No. 2015-CF-354, in the Circuit Court in and for Marion County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

        PETITION GRANTED.

PALMER, EVANDER and EISNAUGLE, JJ., concur.